**STATE of Missouri, Respondent,**

v.

**Jessie FUNK, Appellant.**

**No. WD 40007.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied Nov. 15, 1988.

Sean O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of stealing over $150, Section 570.030, RSMo 1986, and sentence of four years' imprisonment.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Michael W. PERRY, Appellant.**

**No. WD 39905.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals a jury conviction of selling marijuana in violation of § 195.200.1(1)(b), RSMo. (1986) and sentence of 12 years imprisonment.

Judgment affirmed. Rule 30.25(b).